**Order filed October 29, 2019**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00643-CV

————————

**DOROTHY RINN, Appellant**

**V.**

**MIND PROPERTIES LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1109927**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the County Civil Court at Law No. 4 informed this court that appellant had not made arrangements for payment for the reporter's record. On August 29, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c).

Appellant filed a Statement of Inability to Pay Costs in the appellate court. Appellant is deemed indigent for purposes of the appellate filing fee only. *See* Tex. R. App. P. 20.1. Texas Rule of Civil Procedure 145 provides a procedure for a party's claim that the party is unable to afford costs for preparation of the appellate record. In order to obtain the clerk's record and reporter's record without payment of costs a party must file a Statement of Inability to Afford Payment of Court Costs in the trial court.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.